IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY FRINTNER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRUEPOSITION, | : | |
| Defendant. | : | No. 11-3454 |

## ORDER

**AND NOW**, this 27th day of August, 2012, upon consideration of Defendant's Motion for Summary Judgment and motion in support (Docket Nos. 23, 24), Plaintiff's Opposition thereto (Docket No. 28), Defendant's Motions *in Limine* and supporting documents (Docket Nos. 32, 33, 34, 35) and Plaintiff's Opposition thereto (Docket Nos. 38, 39, 40), it is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment (Docket No. 23) is **GRANTED in part and DENIED in part**. Counts I and II of Plaintiff's Complaint (Docket No. 1) are **DISMISSED with prejudice**. Defendant's Motion is **DENIED** as to Count III of Plaintiff's Complaint;

2. Defendant's Motions *in Limine* (Docket Nos. 32, 34, 35) are **GRANTED without prejudice.**[1]

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] As discussed more fully in the accompanying memorandum, Ms. Frintner may request permission to introduce any or all of the excluded evidence at trial and will be given an opportunity to argue for the admissibility of the evidence in the context of trial developments.