IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY FRINTNER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No.: 2:11-cv-03454-GP |
| | : | |
| TRUEPOSITION, INC., | : | |
| Defendant. | : | |

## PLAINTIFF'S PROPOSED VERDICT SHEET

## QUESTION 1

Has plaintiff Mary Frintner proven that her gender was a determinative factor in TruePosition's decision to terminate her?

    Yes _____    No _____

## QUESTION 2

If you have answered "yes" to Questions 1, what damages do you award Ms. Frintner?

| | |
|---|---|
| Back Pay (Lost wages from Ms. Frintner's August 3, 2009 termination to the date of your verdict) | $ _____ |
| Front Pay (Lost wages from the date of your verdict into the future) | $ _____ |
| Compensatory damages including pain and suffering, emotional distress, embarrassment or humiliation | $ _____ |

## QUESTION 3

Has plaintiff, Mary Frintner, proven by a preponderance of the evidence that TruePosition acted with malice or reckless indifference by terminating Ms. Frintner's employment?

     Yes _____     No _____

## QUESTION 4

If you have answered "yes" to Questions 3, what punitive damages do you award Ms. Frintner?

     $ _____

Please state here the total amount of all the damages award to Ms. Frintner:

     $ _____

_____     _____
Dated:                                                          Foreperson

2